IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

APR 18 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| ALBIAN LEYVA, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:22-CV-00580-LY |
| | § | |
| RYAN HARTMAN; JACINTO | § | |
| MELENDREZ; LUKE BEGWIN; | § | |
| JORDAN PERKINS; AND | § | |
| CITY OF SAN MARCOS, | § | |
| DEFENDANTS. | § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On April 17, 2023, Plaintiff filed an Unopposed

Dismissal by Stipulation, voluntarily dismissing with prejudice any and all claims asserted against

Defendants City of San Marcos, Ryan Hartman, Jacinto Melendrez, Luke Begwin, and Jordan

Perkins that are made the basis of his cause pursuant to Federal Rule of Civil Procedure 41(a)(1)

(Doc. #80). Accordingly,

**IT IS ORDERED** that the Initial Pretrial Conference set for June 2, 2023, is **CANCELLED.**

**IT IS FURTHER ORDERED** that any pending motions in this case are **DISMISSED.**

**IT IS FINALLY ORDERED** that the case is **CLOSED.**

SIGNED this ___18th___ day of April, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE